GOTTFRIED WITTWER, Respondent, *v.* LOUIS L. HUR-
WITZ et al., Trading under the Name of HURWITZ
BROS. IRON AND METAL COMPANY, Appellants.

(Submitted February 21, 1916; decided February 29, 1916.)

Motion for re-argument denied, with ten dollars costs.
(See 216 N. Y. 259.)

———

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* FRANCIS J. FOWLER, Appellant.

(Argued February 21, 1916; decided February 29, 1916.)

MOTION to dismiss an appeal from a judgment of the
Supreme Court rendered March 2, 1915, at a Trial Term
for the county of Suffolk, upon a verdict convicting the
defendant of the crime of murder in the first degree.

The motion was made upon the ground of failure to
serve the return or further prosecute the appeal.

*Ralph C. Greene* for motion.

*C. B. Partridge* opposed.

Motion denied and case set down for argument on
March 20, 1916.

———

SARAH E. PALMER et al., as Executors of and Trustees
under the Will of HENRY U. PALMER, Deceased, et al.,
Appellants, *v.* THE STATE OF NEW YORK, Respondent.

(Submitted February 21, 1916; decided February 29, 1916.)

Motion for re-argument denied, with ten dollars costs.
(See 217 N. Y. 601.)